1  ANDRÉ BIROTTE JR.
2  United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JACOB M. MIKOW, CSBN 238045
5  Special Assistant United States Attorney
6        Social Security Administration
7        160 Spear St., Suite 800
         San Francisco, CA  94105
8        Telephone: (415) 977-8976
9        Facsimile: (415) 744-0134
         Email: jacob.mikow@ssa.gov
10 Attorneys for Defendant

11                UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13                      EASTERN DIVISION

14

15

16 LAURA PARRISH,                  )  No. 5:11-CV-01761-FMO
                                   )
17        Plaintiff,               )  **[PROPOSED]**
                                   )  **ORDER OF REMAND**
18                                 )
          v.                       )
19                                 )
   MICHAEL J. ASTRUE,              )
20 Commissioner of Social Security,)
                                   )
21                                 )
          Defendant.               )
22                                 )
23 _____)

24        Based upon the parties' Stipulation to Voluntary Remand Pursuant to

25 Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to

26 Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned

27 action be remanded to the Commissioner of Social Security for further proceedings

28 consistent with the terms of the Stipulation to Remand.

   DATED:  ____5/17/12____          _____/s/_____
                                    HON. FERNANDO M. OLGUIN
                                    UNITED STATES MAGISTRATE JUDGE